UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BOARD OF MANAGERS OF MADISON SQUARE CONDOMINIUM,

Plaintiff,

-v.-

ECHO BAY HOLDINGS LLC; INDIVIDUAL MEMBERS OF THE BOARD OF MANAGERS, *in their individual and official capacities*; THE RECORD OWNERS OF UNITS 1 THROUGH 10 (JOHN DOES 1-10); THE LESSEES AND OCCUPANTS OF UNITS 1 THROUGH 10 (JANE DOES 1-10); DURIM HASANGJEKAJ; MARIA GIAPOUTZIS; GEIGER ENGINEERING; MADISON SQUARE CONDOMINIUM; A.R.I. REAL ESTATE MANAGEMENT INC.; and KYROUS MANAGEMENT GROUP,

Defendants.

26 Civ. 8382 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

For the reasons stated by the Court on the record during the telephonic conference on October 7, 2026, the Clerk of Court is directed to remand this case back to New York State Supreme Court.

The Clerk of Court is directed to terminate all pending motions, adjourn all deadlines, and close this case.

SO ORDERED.

Dated: October 7, 2026
New York, New York

Katherine Polk Failla

KATHERINE POLK FAILLA
United States District Judge